UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEWCON INTERNATIONAL LTD.,

    Plaintiff,

    v.

AMERICAN TECHNOLOGIES NETWORK CORPORATION, and DMITRY ROCKLIN a/k/a Dmitry Naroditsky,

    Defendants.
_____/

UNITED STATES OF AMERICA,

    Intervenor.
_____/

No. C 06-1368 PJH

**ORDER ON STIPULATION APPROVING MOTIONS TO INTERVENE AND STAY**

    Before the court is the parties' stipulation, filed March 23, 2006, in connection with the United States' pending motions to intervene in, and stay, the instant action. Both motions are currently scheduled for hearing on April 19, 2006.

    Having reviewed the parties' stipulation and for good cause shown, the court hereby APPROVES the stipulation entered into by the parties. As such, the United States' motion to intervene is GRANTED, and the court further orders the instant case STAYED until completion of the government's related criminal grand jury investigation. In order to keep the court apprised of the status of the government's related investigation, however, the parties shall attend case management conferences every three months. The first scheduled case management conference will be held on **July 13, 2006**, at **2:30 p.m.**, in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

    In view of the above, defendants' pending administrative motion seeking additional

time in which to respond to plaintiff's complaint, is also GRANTED.  Defendants' responsive pleading shall now be due no later than ten days after the stay ordered herein is lifted.

The April 19, 2006 hearing date on the government's motions to intervene and to stay is hereby VACATED.

**IT IS SO ORDERED.**

Dated: March 31, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge