| | |
|---|---|
| 1 | JEANE HAMILTON (State Bar No. 157834) |
| 2 | NATHANAEL M. COUSINS (State Bar No. 177944)<br>DAVID J. WARD (State Bar No. 239504) |
| 3 | Antitrust Division<br>U.S. Department of Justice |
| 4 | 450 Golden Gate Avenue<br>Box 36046, Room 10-0101 |
| 5 | San Francisco, CA 94102<br>Telephone: (415) 436-6660 |
| 6 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| NEWCON INTERNATIONAL LTD., ) | NO. C-06-1368 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Date: October 19, 2006 |
| ) | Time: 2:30 p.m. |
| AMERICAN TECHNOLOGIES ) | Court: Hon. Phyllis J. Hamilton |
| NETWORK CORPORATION ) | |
| ) | |
| and ) | |
| ) | |
| DMITRY ROCKLIN, a/k/a ) | |
| Dmitry Naroditsky, ) | |
| ) | ~~(proposed)~~ ORDER TO VACATE |
| Defendants. ) | AND RESCHEDULE CASE |
| ) | MANAGEMENT CONFERENCE |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Intervenor. ) | |
| ) | |

ORDER TO VACATE
C-06-1368 PJH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| NEWCON INTERNATIONAL LTD., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN TECHNOLOGIES NETWORK CORPORATION <br><br> and <br><br> DMITRY ROCKLIN, a/k/a Dmitry Naroditsky, <br><br> Defendants. <br><br> UNITED STATES OF AMERICA, <br><br> Intervenor. | NO. C-06-1368 <br><br> Date: October 19, 2006 <br> Time: 2:30 p.m. <br> Court: Hon. Phyllis J. Hamilton <br><br><br> (~~proposed~~) ORDER TO VACATE AND RESCHEDULE CASE MANAGEMENT CONFERENCE |

Upon application of the United States, and good cause appearing therefore, IT IS HEREBY ORDERED that the case management conference scheduled for October 19, 2006 at 2:30 p.m. be vacated. It is FURTHER ORDERED that the parties to this matter attend a case management conference on January 18, 2007, at 2:30 p.m. in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

DATED: October 17, 2006

UNITED STATES DISTRICT COURT JUDGE

ORDER TO VACATE
C-06-1368 PJH

2