| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | SAN FRANCISCO VENUE |

4

5    NEWCON INTERNATIONAL LTD.,                )    NO. C-06-1368
                                              )
6                Plaintiff,                    )
                                              )
7                      v.                      )    Date:  January 24, 2008
                                              )    Time:  2:30 p.m.
8    AMERICAN TECHNOLOGIES                     )    Court: Hon. Phyllis J. Hamilton
     NETWORK CORPORATION                       )
9                                             )
     and                                      )
10                                            )
     DMITRY ROCKLIN, a/k/a                     )
11   Dmitry Naroditsky,                        )
                                              )    (proposed) ORDER TO VACATE
12               Defendants.                   )    AND RESCHEDULE CASE
                                              )    MANAGEMENT CONFERENCE
13   _____)
                                              )
14   UNITED STATES OF AMERICA,                 )
                                              )
15               Intervenor.                   )
                                              )
16   _____)

17

18        Upon application of the United States, and good cause appearing, therefore IT IS

19   HEREBY ORDERED that the case management conference scheduled for January 24,

20   2008 at 2:30 p.m. be vacated. It is FURTHER ORDERED that the parties to this matter

21   attend a case management conference on April 24, 2008 at 2:30 p.m. in Courtroom 3,

22   17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

23

24   DATED:  January 2 , 2008

25

26                                          _____
                                            UNITED STATES DISTRICT COURT JUDGE
27

28

     ORDER TO VACATE
     C-06-1368 PJH

                                              2