UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| NEWCON INTERNATIONAL LTD., <br><br>Plaintiff, <br><br>v. <br><br>AMERICAN TECHNOLOGIES NETWORK CORPORATION <br><br>and <br><br>DMITRY ROCKLIN, a/k/a Dmitry Naroditsky, <br><br>Defendants. | NO. C-06-1368 <br><br>Date: January 24, 2008 <br>Time: 2:30 p.m. <br>Court: Hon. Phyllis J. Hamilton <br><br><br><br>(proposed) ORDER TO SEAL CERTAIN DOCUMENTS |
| UNITED STATES OF AMERICA, <br><br>Intervenor. | |

Upon application of the United States, and good cause appearing, therefore IT IS HEREBY ORDERED that the following documents be sealed: the Declaration of David Ward Describing the Status of the Antitrust Division's Ongoing Criminal Investigation.

DATED: January 𝒹𝓛, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

ORDER TO SEAL
C-06-1368 PJH

1