GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ROBERT A. GOODIN, State Bar No. 061302
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321
E-mail: rgoodin@gmssr.com

Of Counsel:
ALEXANDER E. GERTSBURG (Ohio 0074401)
1189 Riverview Drive
Macedonia, Ohio 44056
Telephone: (216) 526-2500
Facsimile: (216) 373-4812
Email: agertsburg@aeglaw.net

Attorneys for Plaintiff, NEWCON INTERNATIONAL LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWCON INTERNATIONAL LTD., | Case No. 3:06-CV-01368-PJH |
| Plaintiff, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| v. | AND ORDER |
| AMERICAN TECHNOLOGIES NETWORK CORPORATION, | |
| and | |
| DMITRY ROCKLIN a/k/a Dmitry Naroditsky | |
| Defendants. | |

Plaintiff Newcon International Ltd. ("Newcon"), by and through counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby gives notice of dismissal of this matter without prejudice.

Dated: February 21, 2008

Respectfully submitted,

GOODIN, MACBRIDE, SQUERI,
DAY & LAMPREY, LLP
Robert A. Goodin

By: /s/Robert A. Goodin
Robert A. Goodin
Attorneys for Plaintiff

3257/001/X96950.v1

2/25/08

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA